UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BURNS o/b/o J.A.B., a minor,

    Plaintiff,

v.

                                      Case No. 1:13-CV-572

COMMISSIONER OF SOCIAL SECURITY,          HON. ROBERT HOLMES BELL

    Defendant.

_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 18, 2014, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 19) recommending that the Commissioner of Social Security's finding that Plaintiff was not entitled to child's supplemental security income benefits be affirmed. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's September 18, 2014, R&R (ECF No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for child's supplemental security income benefits is **AFFIRMED**.

Dated: October 8, 2014                        /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE